In the Matter of the Claim of INCORATA CIARLA, Respondent, *v.* THE SOLVAY PROCESS COMPANY, Appellant. STATE INDUSTRIAL COMMISSION, Respondent.

*Ciarla* v. *Solvay Process Co.*, 184 App. Div. 629, affirmed.

(Argued February 25, 1919; decided March 11, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 18, 1918, affirming an award of the state industrial commission made under the Workmen's Compensation Law. The only question in dispute was whether gifts made by the employer to the employee during the year prior to his accidental death should be considered as wages on which compensation to his dependents should be computed.

*H. Duane Bruce* for appellant.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.